WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

FILED '07 AUG 13 14:28 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KATHERINE BOUNDS,**                                   CV # 06-348-HO

   Plaintiff,

vs.                                                     ORDER

**COMMISSIONER of Social Security,**

   Defendant.

_____

Attorney fees in the amount of $7,499.99 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $250.00 are awarded pursuant to 28 U.S.C. § 1920. The checks shall be sent to Tim Wilborn's address, above.

DATED this 13th day of Aug., 2007.

_____
United States District Judge

Submitted on August 9, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1